**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed August 20, 2019.**



In The

# Fourteenth Court of Appeals

## NOS. 14-19-00572-CR, 14-19-00573-CR, and 14-19-00574-CR

### IN RE TODD WARREN ALTSCHUL, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause Nos. 23,557, 26672, and 26673**

## MEMORANDUM OPINION

On July 22, 2019, relator Todd Warren Altschul filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Ben Hardin, presiding judge of the 23rd District Court of Brazoria County, to rule on relator's "Motion for Nunc Pro Tunc Judgment Order to Correct Erroneously Recorded 'Degree 2nd' on Judgments" ("Motion for Nunc Pro Tunc").

On August 13, 2019, the State filed a response to the petition and a motion to dismiss the petition as moot ("Motion to Dismiss"). Attached to the Motion to Dismiss are: (1) Motions for Judgment Nunc Pro Tunc filed by the State in trial court cause nos. 23,557, 26672, and 26673 (requesting the same relief as relator requests in his Motion for Nunc Pro Tunc), and (2) Orders signed by the trial judge granting these motions and ordering that the judgement shall be changed to reflect the correct degree of 3rd degree. Because relator has obtained the relief he requested from the trial court, the State asks our court to dismiss relator's petition as moot.

Accordingly, we GRANT the Motion to Dismiss and DISMISS the petition for writ of mandamus as moot.


PER CURIAM

Panel consists of Justices Christopher, Bourliot, and Zimmerer.
Do Not Publish — Tex. R. App. P. 47.2(b).